Entered on Docket
January 28, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed January 27, 2011

_____
Charles Novack
U.S. Bankruptcy Judge

LAUDERDALE LAW OFFICES
JAMES M. LAUDERDALE  59640
150 Carmelito Avenue
Monterey, CA  93940
(831) 646-1306
 Fax  646-1615

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: MARTIGNONI, Michael and Monda,

    Debtors.
_____

No:  09-6-0929 CN
Chapter 13

**ORDER VALUING LIEN OF GMAC MORTGAGE**

    On December 13, 2010, the debtors filed a motion to value the lien of GMAC Mortgage (hereinafter Lienholder) against the property commonly known as 410 Tamara Ct., Marina, California  93933,  and more fully described in Exhibit A hereto, which lien was recorded in Monterey County on November 29, 2005 as Document Number 2005125530.

    The court finds that notice of the motion upon Lienholder was proper.  Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows.

     (1)  For purposes of Debtors' chapter 13 plan only, the lien is valued at zero, GMAC Mortgage does not have a secured claim, and the lien may not be enforced, pursuant to 11 [U.S.C. §§ 506, 1123(b)(5) and 1141 / §§ 506, 1322 (b)(2) and 1327].

    (2)  This order shall become part of Debtors' confirmed chapter 13 plan.

    (3)  Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

1

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the lien may not be enforced so long as this order remains in effect.

** END OF ORDER **

EXHIBIT A

Legal Description:
APN: 032 262 023

PARCEL 1:

LOT 23, IN TRACT NO. 632, MARINA ESTATES, ACCORDING TO MAP FILED JUNE 2, 1971, IN VOLUME 11, PAGE 4, OF MAPS OF CITIES AND TOWNS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 2:

A NON-EXCLUSIVE EASEMENT FOR DRIVEWAY PURPOSES, OVER THAT PORTION OF LOT 22, SHOWN AND DESCRIBED "20' P.D.E. & P.U.E.", ON THE MAP REFERRED TO IN PARCEL 1 ABOVE.

.

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | GMAC Mortgage, LLC |
| | Attn.: Bankruptcy Dept. and Officer, managing, or gen. agent |
| 4 | 1100 Virginia Drive |
| | Ft. Washington, PA 19034 |
| 5 | |
| 6 | Routh, Crabreee, Olsen |
| | 505 N. Tustin Ave., #243 |
| 7 | Santa Ana, CA 92705 |
| 8 | PITE, DUNCAN |
| | 4375 Jutland Dr., #200 |
| 9 | P.O. Box 17933 |
| | San Diego, CA 92177-0933 |
| 10 | |
| 11 | GMAC Mortgage, LLC |
| | Attn.: Bankruptcy Dept. and Officer, managing, or gen. agent |
| 12 | P.O. Box 4622 |
| | Waterloo, IA 50704-4622 |